**DISMISSED; Opinion Filed March 15, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01217-CV

**SONYA WILLIAMS, Appellant**
**V.**
**ALLY FINANCIAL INC., Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10646**

## MEMORANDUM OPINION

Before Justices Bridges, Partida-Kipness, and Carlyle
Opinion by Justice Partida-Kipness

Appellant's brief has not been filed despite appellant being cautioned by order dated February 15, 2019 that failure to file the brief, or an extension motion, by March 1, 2019 would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b), (c).


/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

181217F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SONYA WILLIAMS, Appellant

No. 05-18-01217-CV        V.

ALLY FINANCIAL INC., Appellee

On Appeal from the 116th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-17-10646.
Opinion delivered by Justice Partida-Kipness. Justices Bridges and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee ALLY FINANCIAL INC. recover its costs of this appeal from appellant SONYA WILLIAMS.

Judgment entered this 15th day of March, 2019.